FILED by MB D.C.
ELECTRONIC
July 31, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.
**09-61165-Civ-COHN/SELTZER**

JAMES K. FIANO,

    Plaintiff,

v.

MEDDIRECT, INC.,

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, JAMES K. FIANO, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, MEDDIRECT, INC., is a corporation and citizen of the State of Michigan with its principal place of business at 3200 Broadmoor Avenue Southeast, Grand Rapids, Michigan 49512.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

> April 18, 2008
> Hi James. This is Bill with Meddirect. Please give me a call. My number is 866-575-6436, extension 9503 and I will be here until 5 PM and it is important I speak with you.
>
> April 28, 2008
> Hi James. This is Bill with Meddirect. Can you please give me a call. It is important I speak with you today before 5. My number is 866-770-2116 or you can give me a call at my direct line that 616-464-9503. Thank you.

2

<u>May 28, 2008</u>
Hi James. This is Bill with Meddirect calling again. It is important that I speak with you regarding about a personal matter. My number is 866-770-2116 and I will be here until 8 PM. Thank you.

<u>June 20, 2008</u>
This message is for James. My name is Holly. I need you to return my call by 5 PM today. You can reach me at 866-770-2116. Thank you.

<u>July 31, 2008</u>
This message is for James. My name is Holly. It is important that I talk to you by 8 PM today. You can reach me at 866-770-2116. Thank you.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

**<u>COUNT I</u>**
**<u>FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR</u>**

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S.

3

Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs.</u>, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.    Plaintiff incorporates Paragraphs 1 through 13.

17.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

4

c.     Such other or further relief as the Court deems proper.

## COUNT III
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

18.    Plaintiff incorporates Paragraphs 1 through 13.

19.    By failing to disclose its name, that it is a debt collector, and the purpose of its communication, by creating a false sense of urgency, and by claiming the messages were important when they were not, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT IV
## DECLARATORY AND INJUNCTIVE RELIEF

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Plaintiff seeks a declaration that Defendant's practices are in violation of the FCCPA.

5

22. The FCCPA provides for equitable relief including injunctive relief. <u>Berg v. Merchs. Ass'n Collection Div.</u>, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

23. Plaintiff seeks a permanent injunction prohibiting Defendant from continuing violation of the FCCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

    a.    declaring that Defendant's practices violate the FCCPA;

    b.    permanently injoining Defendant from engaging in the violative practices; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 31 day of July, 2009.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: _____
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

# 09-61165-Civ-COHN/SELTZER
## CIVIL COVER SHEET

July 31, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

James K. Fiano

**DEFENDANTS**

Meddirect, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF (EXCEPT IN U.S. PLAINTIFF CASES) BROWARD

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

09cv61165-JIC/BSS

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporation and Principal Place of Business in This State | 1 | 1 |
| Citizen of Another State | 2 | 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 3 | 3 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** 1-2 days estimated (for both sides) to try entire case  15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 States Reapportionment |
| 120 Marine | 310 Airplane | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. B |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 R.R. & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (excl Veterans) B | 345 Marine Product Liability | 660 Occupational Safety/Health | **B SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits B | 350 Motor Vehicle | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 160 Stockholder's Suits | 355 Motor Vehicle Product Liability | | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | **A LABOR** | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | 362 Pers. Injury-Med Malpractice | 710 Fair Labor Standards Act | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **A REAL PROPERTY** | 365 Personal Injury-Prod. Liability | 720 Labor Management Relations B | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 368 Asbestos Personnel Injury Product Liability | 730 Labor Management Reporting & Disclosure Act | **A FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure B | **PERSONAL PROPERTY** | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 370 Other Fraud | 790 Other Labor Litigation | 871 IRS-Third Party 26b USC 7609 | 900 Appeal of Fee Determination under Equal Access to Justice |
| 240 Torts to Land | 371 Truth in Lending B | 791 Employee Ret. Inc. Security Act B | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 380 Other Personal Property Damage | | | [x] 890 Other Statutory Actions* *A or B |
| 290 All Other Real Property | 385 Property Damage Product Liability | | | |
| | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | | |
| | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | | |
| | 442 Employment | 530 General* | | |
| | 443 Housing/Accommodations | 535 Death Penalty | | |
| | 444 Welfare | 540 Mandamus & Other* | | |
| | 440 Other Civil Rights | 550 Civil Rights *A or B | | |

**VI. ORIGIN**
[x] 1. Original Proceeding
[ ] 2. Removed from State Court
[ ] 3. Remanded from Appellate Court
[ ] 4. Refiled
[ ] 5. Transferred from another district (specify)
[ ] 6. Multidistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A [ ] CLASS ACTION UNDER F.R.C.P.23  No  DEMAND $ N/A  [ ] Check YES only if demanded in complaint  JURY DEMAND: [x] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE _____  DOCKET NUMBER _____

DATE: July 31, 2009  SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. _____  Amount: _____
Date Paid: _____  M/ifp: _____